**DISMISS; and Opinion Filed April 3, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00417-CV**

**IN RE LESTER JON RUSTON, Relator**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F04-21379-M**

**MEMORANDUM OPINION**

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Before the Court is relator's petition for writ of prohibition seeking to prevent the state from commencing or continuing any prosecution against him. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have jurisdiction to enter a writ of prohibition to prevent criminal prosecution. TEX. CODE CRIM. PROC. ANN. art. 4.04 (West 2005); *Allen v. Guarino*, 635 S.W.2d 129, 129 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130417F.P05